PETER H. CUTTITTA – SBN 76176
JAMES E. SIMON – SBN 62792
**PORTER ·SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:   (530) 587-2002
Facsimile:   (530) 587-1316

Attorneys for Defendant,
VALENTINE SURFACING

OK/HAV

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WOOD, CHARLES W. JUDSON, WILLIAM BATES, SYBILLE GROTE, MARTIN REEVES, ERNEST STEWART, STEVE FORSYTHE, ROBERT BADILLA, BRIAN THOMPSON, KARVIN TILANDER AND CHUCK JENNINGS, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>VALENTINE SURFACING, DOE BONDING COMPANIES 1-20 AND DOES 1-10,<br><br>　　　　　　Defendants. | Case No.:  2:03-CV-02514-DFL-EFB<br><br>ORDER ON REQUEST FOR DOCKET MODIFICATION |

On May 7, 2007 the Court's clerk received correspondence from counsel for Defendant VALENTINE SURFACING informing him that there appeared to be docketing errors in this case

LAW OFFICE OF
PORTER ·SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile:  (530) 587-1316

PAGE 1

arising from the February 11, 2004 issuance of a Related Case Order involving case number S-03-2592 – DFL-PAN (later EFB), *Wood, et al. v. Granite Construction, et al.*. Counsel's letter advised that:

1. The Related Case Order expressly stated that no consolidation of the two actions was effected by the order;

2. That Joint Status reports were filed in each case, and the two cases proceeded independently of one another, including the application for and grant of a motion for class certification in case number S-03-2592 – DFL-PAN (later EFB), *only*; and

3. That the Court's docket in this case (2:03-cv-02514-DFL-EFB) erroneously indicated that the above described motion for class certification was filed *and* granted herein (docket numbers 25, 48, 50 and 51), whereas, no such motion had ever been filed in herein.

Counsel's letter requested the Court's clerk to correct what were believed to be docketing errors.

On May 22, 2007 the Court entered the correspondence as a formal Request For Modification of the Docket.

The Court having considered Defendant VALENTINE SURFACING's, request, and the facts and circumstances identified therein, and no objection having been made by Plaintiffs, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Clerk of the Court shall correct the docket in case number 2:03-cv-02514-DFL-EFB by an entry or entries noting that docket entries 25 through 48, inclusive, 50 through 53, inclusive, and 57 through 59 inclusive, refer *only* to Related Case number S-03-2592 – DFL- EFB, and have no applicability to the instant case.

Dated: May 30, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

LAW OFFICE OF
PORTER ·SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
**Facsimile: (530) 587-1316**